UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
AUG 31 2012
AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

Jon C. Sabin )
               **Plaintiff(s)** )  Civil Case No.:
)     7:12-CV-1370 (GLS/DEP)
vs. )  **COMPLAINT PURSUANT**
Robert Camp individually and as justice of the Town of ~~Piercefield~~ Prestepost )  **TO THE AMERICANS**
               **Defendant(s)** )  **WITH DISABILITIES ACT**

Plaintiff(s) demand(s) a trial by: [✓] JURY   [ ] COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

### JURISDICTION

1. This is a civil action seeking judgment, relief and/or damages brought pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.*, as amended, for discrimination based upon a disability and the failure to accommodate same. This Court has jurisdiction of this action pursuant to 28 U.S.C. §§ 1331 and 1343(4).

### PARTIES

2. a. Plaintiff: Jon C. Sabin

   Address: PO Box 530

   South Colton, NY 13687

   b. Plaintiff: _____

   Address: _____

Additional Plaintiffs may be added on a separate sheet of paper.

3.    a.    Defendant:    Robert Camp

           Official Position:    Justice of Town of Pierrepont

           Address:    864 State Highway 68, Canton, NY 13617

   b.    Defendant:

           Official Position:

           Address:

Additional Defendants may be added on a separate sheet of paper.

4.    My disability is as follows:

     ~~I am an a severe epileptic and cardiac patient.~~
     I am prescribed a service dog for my disability of epilepsy.

7. **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

An order having Judge Robert Camp and the Town of Pierrepont Justice Court to comply with the Americans with Disabilities Act and any other relief the court deems proper.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: August 30, 2012

_____
Signature of Plaintiff(s)
(all Plaintiffs must sign)

